UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

PATRICIA M. KEATING,

    Plaintiff,

v.

LAMONT, HANLEY & ASSOCIATES, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

1.    Plaintiff, PATRICIA M. KEATING, is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

2. Defendant, LAMONT, HANLEY & ASSOCIATES, INC., is a New Hampshire corporation and citizen of the State of New Hampshire with its principal place of business at 1138 Elm Street, Manchester, New Hampshire 03101.

3. Defendant is registered with the Florida Department of State Division of Corporations as a foreign corporation. Its registered agent for service of process is CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

4. Defendant is registered with the Florida Office of Financial Regulation as a consumer collection agency.

## FACTUAL ALLEGATIONS

5. Defendant, or others acting on its behalf, left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

**March 9, 2012 – pre-recorded message**
800-956-1109. Again this is regarding a personal business matter. Please return our call at 1-800-956-1109. When calling reference this account number (redacted). Once again, that reference number is (redacted).

**March 21, 2012 – pre-recorded message**
800-956-1109. Again this is regarding a personal business matter. Please return our call at 1-800-956-1109. When calling reference this account number (redacted). Once again, that reference number is (redacted).

**April 4, 2012 – pre-recorded message**
800-956-1109. Again this is regarding a personal business matter. Please return our call at 1-800-956-1109. When calling reference this account number (redacted). Once again, that reference number is (redacted).

**April 10, 2012 – pre-recorded message**
1-800-956-1109. Again this is regarding a personal business matter. Please return our call at 1-800-956-1109. When calling reference this account number (redacted). Once again, that reference number is (redacted).

6. In addition to the foregoing, Defendant, or others acting on its behalf, left pre-recorded messages on Plaintiff's cellular telephone service on other occasions and called without leaving a message on others.

7. Defendant, or others acting on its behalf, placed telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or pre-recorded voice.

8. Plaintiff telephoned Defendant at the number Defendant provided to learn the purpose of Defendant's calls.

9. Defendant's representative informed Plaintiff that Defendant was calling to collect a debt due from a person who is a stranger to Plaintiff.

10. Defendant failed to determine the identity of the cellular subscriber prior to placing repeated calls to Plaintiff's cellular service using an automated telephone dialing system.

11. Defendant willfully or knowingly violated the TCPA.

12. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

13. Plaintiff incorporates Paragraphs 1 through 12.

14. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

3

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> don@donyarbrough.com
>
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658